# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM ALBERTO AROCHA, Defendant. | Case No. CR-17-58-GF-BMM  **ORDER** |

Based upon the record developed during the May 16, 2018, Hearing (Doc. 92), the Court deems it prudent, in the interest of public safety and the safety of Court personnel, to prohibit Kelly LaPlant from entering the Missouri River Courthouse or adjoining courthouse grounds during any proceedings in the above-captioned matter, including, but not limited to, the detention hearing set for May 17, 2018, at 11:00 a.m., and the sentencing hearing set for September 6, 2018, at 10:00 a.m.

DATED this 17th day of May, 2018.

Brian Morris
United States District Court Judge